W. H. BOWSER et al., Appellants, v. CITY OF ST. LOUIS et al.

**Division One, June 1, 1911.**

Appeal from St. Louis City Circuit Court.—*Hon. Matt G. Reynolds,* Judge.

DISMISSED.

*Geo. S. Grover* for appellants.

*L. E. Walther* and *T. P. Young* for respondents.

WOODSON, J.—This case is on all-fours with the case of Hicks v. City of St. Louis, decided at the present sitting of the court, and reported at page 647; and the ruling in that case is controlling in this one. The appeal, therefore, is dismissed.

All concur.